JARED C. COBELL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jared.Cobell@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

APR 0 7 2022

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 24 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT WITH A DANGEROUS WEAPON |
| TYRELL ANDREW LAROQUE, | Title 18 U.S.C. §§ 1153(a) and 113(a)(3) (Penalty: Ten years of imprisonment, $250,000 fine, three years of supervised release) |
| Defendants. | |

THE GRAND JURY CHARGES:

That on or about October 2, 2021, at Hays, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, TYRELL ANDREW LAROQUE, an Indian person, intentionally assaulted Jane Doe with a

1

dangerous weapon, a knife, with intent to do bodily harm to Jane Doe, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney