IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-24-GF-BMM-JTJ |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| TYRELLE ANDREW LAROQUE, | |
| Defendant. | |

## I.    Synopsis

Defendant Tyrelle Andrew Laroque (Laroque) has been accused of violating conditions of his supervised release. (Doc. 38). Laroque admitted alleged violation 2. Laroque's supervised release should be revoked. Laroque should be sentenced to custody until October 15, 2025 at noon, followed by 20 months of supervised release. Laroque shall be released from the Cascade County Detention Center on October 15, 2025 to the custody of his fiancé and mother, who shall transport Laroque to the Connections Corrections facility, an in-patient substance abuse treatment facility in Butte, Montana, where he shall remain for a period of sixty days.

## II.    Status

On September 12, 2022, Laroque pleaded guilty to the offense of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(7) and 1153(a) as charged in Count 1 of the Superseding Information. (Doc. 27). The Court sentenced Laroque to 15 months of custody, followed by 3 years of supervised release. (Doc. 34). Laroque's current term of supervised release began on February 16, 2024.

**Petition**

On August 27, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Laroque's supervised release. (Doc. 38). The Petition alleged Laroque violated conditions of his supervised release by: (1) violating a federal, state or local law by being charged with the misdemeanor offense of Driving under the Influence of alcohol or drugs in violation of the Fort Belknap Tribal Code; and (2) failing to follow the instructions of his probation officer by possessing and ingesting air duster, a psychoactive substance during August of 2025.

**Initial Appearance**

Laroque appeared before the Court on September 23, 2025. Laroque was represented by counsel. Laroque stated that he had read the Petition and that he understood the allegations against him. Garcia waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on September 23, 2025. Laroque admitted that he had violated the conditions of supervised release as set forth in allegation 2 of the Petition. Laroque's admitted violation is serious and warrants revocation of his supervised release.

**Sentencing hearing**

Laroque appeared before the Court on September 23, 2025. Laroque's violation is Grade C. His criminal history category is I. Laroque's underlying offense is a Class D felony. Laroque could be incarcerated for up to 24 months. Laroque could be ordered to remain on supervised release for 36 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Laroque's supervised release should be revoked. Laroque should be sentenced to custody until October 15, 2025 at noon, followed by 20 months of supervised release. Laroque shall be released from the Cascade County Detention Center on October 15, 2025 to the custody of his fiancé and mother, who shall transport Laroque to the Connections Corrections facility, an in-patient substance abuse treatment facility in Butte, Montana, where he shall

remain for a period of sixty days. This sentence is sufficient but not greater than necessary.

## IV.    Conclusion

The Court informed Laroque that the above sentence would be recommended to Chief United States District Judge Brian Morris.  The Court also informed Laroque of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Laroque that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That TYRELLE ANDREW LAROQUE has violated the conditions of his supervised release by: (2) failing to follow the instructions of his probation officer by possessing and ingesting air duster, a psychoactive substance during August of 2025.

The Court **RECOMMENDS:**

> That the District Court revoke Laroque's supervised release and sentence Laroque to custody until October 15, 2025 at noon, followed by 20 months of supervised release.  Laroque shall be released from the Cascade County Detention Center on October 15, 2025 to the custody of his fiancé and mother, who shall transport Laroque to the Connections Corrections facility, an in-patient substance abuse treatment facility in Butte, Montana, where he shall remain for a period of sixty days.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 24th day of September 2025.

John Johnston
United States Magistrate Judge