IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>TYRELLE ANDREW LAROQUE,<br><br>Defendant. | CR-22-24-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 24, 2025. (Doc. 46.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 23, 2025 (Doc. 42.) The United States accused Tyrelle Andrew LaRoque (LaRoque) of violating

the conditions of his supervised release by: (1) violating a federal, state or local law by being charged with the misdemeanor offense of Driving under the Influence of alcohol or drugs in violation of the Fort Belknap Tribal Code; and (2) failing to follow the instructions of his probation officer by possessing and ingesting air duster, a psychoactive substance during August of 2025. ( Doc. 38.)

At the revocation hearing, LaRoque admitted he had violated the terms of his supervised release as alleged in violation 2 of the Petition.  LaRoque was advised of his right to appeal and allocute before the undersigned.  (Doc. 42.)

Judge Johnston found that violation LaRoque admitted prove serious and warrants revocation of his supervised release and recommends a term of custody until October 15, 2025 at 12:00 p.m. (Noon.) Laroque will be released to the custody of his fiancé and mother who shall transport Laroque to the Connections Corrections facility, an in-patient substance abuse treatment facility in Butte, Montana, where he shall remain for a period of sixty (60) days, with 20 months of supervised release to follow.  (Doc. 46.)

The violations prove serious and warrant revocation of LaRoque's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 46) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Tyrelle Andrew LaRoque be sentenced for a term of custody until October 15, 2025 at 12:00 p.m. (Noon.) Laroque will be released into the custody of his fiancé and mother, who shall transport Laroque to the Connections Corrections facility, an in-patient substance abuse treatment facility in Butte, Montana, where he shall remain for a period of sixty (60) days, with 20 months of supervised release to follow.

DATED this 8th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts